# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Civil Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN 11  AM 10: 46

CLERK _____TRB_____
SO. DIST. OF GA.

Case No. CV619-003
*(to be filled in by the Clerk's Office)*

Pamela Swain

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jay Stewart, Kyle Sapp, Tattnall County, Georgia, Harvey Weinstein

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pamela Swain |
| Address | 1553 Community RD |
| | Glennville, GA 30427 (City, State, Zip Code) |
| County | Tattnall |
| Telephone Number | 912-654-1522 |
| E-Mail Address | Pamela.swain1977@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jay Stewart |
| Job or Title (if known) | Judge of Superior Court |
| Address | PO Box 842 |
| | Claxton, GA 30414 (City, State, Zip Code) |
| County | Evans |
| Telephone Number | 912-739-4922 |
| E-Mail Address (if known) | |

☒ Individual capacity  ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Kyle Sapp |
| Job or Title (if known) | Tattnall County Sheriff |
| Address | 108 Brazell street |
| | Reidsville, GA 30453 (City, State, Zip Code) |
| County | Tattnall |
| Telephone Number | 912-557-6778 |
| E-Mail Address (if known) | |

☒ Individual capacity  ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Tattnall County Commissioners |
| Job or Title *(if known)* | County officials |
| Address | 108 Brazell Street, PO Box 85 |
| | Reidsville / GA / 30453 |
| | City / State / Zip Code |
| County | Tattnall |
| Telephone Number | 912-557-4335 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Harvey Weinstein |
| Job or Title *(if known)* | Producer |
| Address | 99 Hudson Street, 4th Floor |
| | New York / NY / 10013 |
| | City / State / Zip Code |
| County | New York County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Failure to allow due process of issuing a protective order against a man under criminal charges. The state officials conspired with the criminal to place me under danger as well as financial retaliation. I lost ways and means to pay my bills such as Student Loans and a bogus IRS repayment that I was informed was retaliation too. I lost several jobs and employment due to refusing this criminal sexual advances

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Over the last 5 years, the defendant Harvey Weinstein used his money, political status, and resources to stalk and attack me personally. He stated he had the county sheriff under his "control". When I contacted Kyle Sapp for help with the Stalker, he refused. When I sued for a protective order, Judge Stewart conducted an illegal investigation with my family and other people without even looking at the evidence at hand. I have no felonies or misdemeaners on my record.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Harvey Weinstein - November 2013-Present
Jay Stewart - October 2018 - present
Kyle Sapp - 2017 to present
Tattnall County- 2017 to present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I want a 3 year protective order against Harvey Weinstein and I want 7 million dollar compensation for 5 years of not being able to work thanks to the evil done by these people.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/04/2019

Signature of Plaintiff  *Pamela D Swain*

Printed Name of Plaintiff   Pamela D Swain

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

I have evidence and proof of Harvey sending me threats I sent all my evidence to the Georgia Bureau of Investigation and Federal Bureau of Investigation. Kyle Sapp and the Tattnall County Sheriff's office lied about alll my police reports and Jay Stewart told the Tattnall County Clerk of Superios Court to "lose" my motion to appeal after Judge Stewart fraudulently dismissed my lawsuit refusing to puta protective order on Harvey Weinstein.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Address _____

_____ _____ _____
City                    State    Zip Code

Telephone Number _____

E-mail Address _____

Swain
1553 Community Rd
Glennville GA 30427



SDGA
125 Bull street
PO BOX 8286
Savannah, GA, 31412