UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAMELA SWAIN          )
                      )
   Plaintiff,         )
                      )          CV619-003
v.                    )
                      )
JUDGE JAY STEWART; SHERIFF  )
KYLE SAPP, TATTNALL COUNTY  )
COMM'RS, HARVEY WEINSTEIN   )
                      )
   Defendants.        )

# AMENDED COMPLAINT

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to remove Jay Stewart, Kyle Sapp, and Tattnall County Commissioners, not because of the lack of liability is seeking justice and protection for Miss Swain against the currently charged Harvey Weinstein, who is currently under criminal investigation for rape and violent sex crimes, but is well known for using internet, social media, and cyberstalking to harass women including Miss Swain. The Plaintiff has SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for 5 years. The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians.

1. I went on a search for all things Gerard Butler and found he had a few 'super fans' headed up by Tony Robbins. They search out people that Gerard "may have met and dated" in the past. I reported this to Butler and the authorities in a quiet manner as to not make a big deal over something so silly at the time.
2. May 2014-September 2018 – I began to get THOUSANDS of RUSSIAN EMAILS. As well as GETTING HACKED BY RUSSIAN HACKERS. This person was posing to be Gerard Butler and sent many personal pics of him (I deleted) I would block this person and another Russian email message would appear.
3. 2014, on Facebook, fake naked pictures of me were posted with a family member tagged. I found out this family member and her mother were in contact with these people to pass out my naked pictures. (They were to spread the lie I had slept with Michael Fassbender)

4. At this time in between May 2014 – December 2016, I was sent many messages by Katy Perry, Alicia Vikander, Harvey Weinstein, and Tony Robbins. They 'thought' I and Michael Fassbender had "met" and I had become pregnant by him. (This is not true. I never left Georgia to meet with any celebrity. I received a death threat message December 2016 and a message bragging that Harvey was above the law. (I'm guessing Tony and Katy feel the same way)

5. December 2016 I get a specific death threat from them saying they can look me up online and kill me and my mother.

6. I file a report with Kyle Sapp, Tattnall county Sheriff, who refuses to investigate. I would file several more. 1. Incident with a man trying to mess with our windstream account who was NOT sent by Windstream. 2. He and a woman with drugs show up at our housing in Jan 2017 wanting me to take them to an obscure place by the Altamaha River. Kyle Sapp 'LOST' all these reports.

7. Harvey repeatedly tried to hack into my devices for whatever reason. April 2017, a Russian location tried to hack into my yahoo account. May 2017 he tried to hack into my phone yahoo account in France.

8. I began to have fake accounts message me on facebook, Twitter, and Instagram. Usually, they would be fake celebrity accounts such as: JamesMcAvoy, Michael Fassbender, Gerard Butler, Vin Diesel, Prince Harry, Chris Pratt, and others. (Lately, I had three Prince Andrew accounts)

9. September 2017, I received a disturbing message from a "Luke Green" (Like Dean Green) Where the person sends a pic of himself (Tony Robbins) then makes certain threats against Georgia representative, US representative, and a retired general. "He" also says I will be picked up by 'black suburbans" (ie kidnapped) Come to find out "Dean Green" and "Luke Green" were fake accounts Tony Robbins uses to stalk women online.

10. I began to work at a new job, and I was mysteriously fired (I have reason to believe these people contacted my mother and demanded she provide my personal information, saying "We think your daughter may have emotional issues")

11. 2017 I filed a lawsuit to get a restraining order on Weinstein. I began to get anonymous promises of "book deals" if I drop the lawsuit.

12. I continue to get fake celebrity accounts wanting to "meet up". February 2018 "Bradley Cooper" began texting me. "He" wanted to "marry me" and me send my "Checking account info" to help him with his business. ( I have all texts)

13. May 2018, I get Instagram messages from an unknown account saying "You have no choice but to marry Harvey Weinstein" (Probably to keep from testifying)

14. After getting blackballed by the NY judge, I file a lawsuit in Georgia. (Harvey had sent a pic of his body part member)

15. A hit site for hackers called "kiwi farms" create a hate thread for Harvey and Tony about me. I received specific death threats saying they would come to kidnap me with black cube and rape and kill me.

16. I start a new job in September and I am mysteriously fired in November after working 2.5 months. I was an excellent employee.

17. November 2018, Judge Jay Stewart refuses allow me to show my evidence (influence from Donald Trump) I do NOT get my restraining order. He tells me in court "You have no idea what you are up against."

18. I appeal the verdict but the Clerk of Superior Court employees mysteriously 'lose' my appeal after I filed in December.

19. January 2019, I file a civil rights lawsuit AGAINST Kyle Sapp (sheriff, refused to investigate and told me I could never get a restraining order) Jay Stewart (refused to give me a chance to show my evidence for a restraining order) Tattnall County commissioners (for allowing their employees to 'lose' my appeal to keep me from getting a restraining order) and Harvey Weinstein, who has continued to message me in fake accounts either threatening to kidnap me, trick me into meeting with him, or trying to get into my checking account.

20. February 2018, fake account messages me saying Donald Trump Jr is in charge of my 'case'.

21. April 2018, fake account tries to set up a tutoring meeting with me from a person in NYC "before he goes to court."

22. Also April 2018, Harvey messages me directly and asks for a chance to settle out of court but then asks for access to my checking account again.

Facebook, Twitter, and Instagram continues to allow Harvey Weinstein, Tony Robbins, access to their site usage to buy people's real fb accounts in people's friends list to stalk and harass people to this day. They said they would contact local officials and get THEIR PARTICIPATION. These people have serious issues and cannot control themselves. I have repeatedly told them to stop. Sunday, May 5, I received a Youtube comment saying "Tony care about me, that's why he did all this". Wyzant tutoring service sends me messages when the people contacting me are frauds.

They are sex obsessed, try to create blackmailing 'evidence', and try to inhibit people from making money to pay their bills. I have EVERYTHING TO PROVE THIS. Harvey thinks he's going to beat the rap and be able to 'force me' into a relationship.

## STATE AND FEDERAL LEGAL RESPONSIBILITY

The State of Georgia has outlined STRICT AND SEVERE punishments for cyberstalking, harassment, and hacking as:

16-5-90. Stalking; psychological evaluation

(a)(1) A person commits the offense of stalking when he or she follows, places under surveillance, or contacts another person at or about a place or places without the consent of the other person for the purpose of harassing and intimidating the other person. For the purpose of this article, the terms "computer" and "computer network" shall have the same meanings as set out in Code Section 16-9-92; the term "contact" shall mean any communication including without being limited to communication in person, by telephone, by mail, by broadcast, by computer, by computer network, or by any other electronic device; and the place or places that contact by telephone, mail, broadcast, computer, computer network, or any other electronic device is deemed to occur shall be

the place or places where such communication is received. For the purpose of this article, the term "place or places" shall include any public or private property occupied by the victim other than the residence of the defendant. For the purposes of this article, the term "harassing and intimidating" means a knowing and willful course of conduct directed at a specific person which causes emotional distress by placing such person in reasonable fear for such person's safety or the safety of a member of his or her immediate family, by establishing a pattern of harassing and intimidating behavior, and which serves no legitimate purpose. This Code section shall not be construed to require that an overt threat of death or bodily injury has been made.

(2) A person commits the offense of stalking when such person, in violation of a bond to keep the peace posted pursuant to Code Section 17-6-110, standing order issued under Code Section 19-1-1, temporary restraining order, temporary protective order, permanent restraining order, permanent protective order, preliminary injunction, or permanent injunction or condition of pretrial release, condition of probation, or condition of parole in effect prohibiting the harassment or intimidation of another person, broadcasts or publishes, including electronic publication, the picture, name, address, or phone number of a person for whose benefit the bond, order, or condition was made and without such person's consent in such a manner that causes other persons to **harass** or intimidate such person and the person making the broadcast or publication knew or had reason to believe that such broadcast or publication would cause such person to be harassed or intimidated by others.

(b) Except as provided in subsection (c) of this Code section, a person who commits the offense of stalking is guilty of a misdemeanor.

(c) Upon the second conviction, and all subsequent convictions, for stalking, the defendant shall be guilty of a felony and shall be punished by imprisonment for not less than one year nor more than ten years.

(d) Before sentencing a defendant for any conviction of stalking under this Code section or aggravated stalking under Code Section 16-5-91, the sentencing judge may require psychological evaluation of the offender and shall consider the entire criminal record of the offender. At the time of sentencing, the judge is authorized to issue a permanent restraining order against the offender to protect the person stalked and the members of such person's immediate family, and the judge is authorized to require psychological treatment of the offender as a part of the sentence, or as a condition for suspension or stay of sentence, or for probation.

**HISTORY**: Code 1981, § 16-5-90, enacted by Ga. L. 1993, p. 1534, § 1; Ga. L. 1998, p. 885, § 1; Ga. L. 2000, p. 1283, § 1. [1]

---

[1] Working to Halt Abuse, retrieved on May 22, 2019 on https://www.haltabuse.org/resources/laws/georgia.shtml

The Plaintiff has NAMED evidence of both men with PROBABLE CAUSE to warrant a restraining order on both Harvey Weinstein and Tony Robbins with having actively use every cyber and social media means necessary to continue to harass the Plaintiff. And cases in the state of Georgia where Ford vs The State of Georgia, where an employee of the Northern District of Georgia was prosecuted in a criminal court for doing the very same activities that Weinstein and Robbins admitted to doing. IF the State courts and police/sheriff municipalities choose to ignore their duties to seek out crime against the state of Georgia, then it rests on the Federal courts to ensure crimes are prosecuted and punished. Kyle Sapp, Judge Jay Stewart are BOUND by LAW to rulet according to law, not by any personal or group conviction whether the group is political or social.

As stated on the UNITED STATES COURTS website, Regionally, each circuit includes a circuit judicial council that carries out critical oversight responsibilities. Each council has broad authority to "make all necessary and appropriate orders for the effective and expeditious administration of justice within its circuit." 28 U.S.C. §332(d)(1) , Since Jay Stewart and Kyle Sapp and Tattnall Commissioners are dropped from this case, then the Federal court is allowed to prosecute criminal and civil matters of a national issue such as stalking, hacking, and cyberstalking. The continued harassment, stalking and cyberstalking are a complete violation of the Plaintiff's civil rights and warrant criminal prosecution.

*According to The Department of Justice US Attorneys Bulletin:*

Stalking, threats, and harassment offenses are often thought to be local law enforcement matters. "But with the increased use of technology and the multi-jurisdictional nature of many of these crimes, federal law enforcement and prosecutors can offer additional resources to effectively pursue these cases that may exceed the capacity of local law enforcement. Indeed, the use of technology has erased traditional borders, complicating cases that would otherwise appear straightforward......includes a study of the first federal cyberstalking case resulting in death. In ***United States v. David T. Matusiewicz***"....

B. Cyberthreats "Cyberthreats" can simply mean threatening communications that are conveyed via the Internet, cellphone, or other digital means. The communication in interstate commerce of threats to harm a person or property, to kidnap a person, or to damage a person's reputation, is a violation of federal law pursuant to 18 U.S.C. § 875. Because the Internet is a means of interstate commerce, threats sent online may be federally prosecuted. See18 U.S.C. § 875(c)(2015). It is axiomatic that "cyberthreats" are "threatening" to the victim, as the perpetrator generally intends the victim to feel threatened. For instance, the victim in a recent Supreme Court case addressing section 875 stated, "I felt like I was being stalked. I felt extremely afraid for mine and my children's and my families' lives." Elonis v. United States, 135 S. Ct. 2001, 2007 (2015). (For a detailed discussion of this case, see Gretchen Shappert, Elonis v. United States: Consequences for 18 U.S.C. § 875(c) and the Communication of Threats in Interstate

Commerce,

UNITED STATES ATTORNEYS BULLETIN (May 2016)).

The term "cyberthreats" can also refer to malicious attempts to damage or disrupt a computer network or system. For instance, after President Obama referred to cyberthreats in the February 2013 State of the Union Address, the White House clarified that"[c]yberthreats cover a wide range of malicious activity that can occur through cyberspace. Such threats include Web site defacement, espionage, theft of intellectual property, denial of service attacks, and destructive malware."Caitlin Hayden, spokeswoman for the White House National Security Council. This definition of cyberthreat is beyond the scope of this article.

C. Cyberstalking

Stalking is a pattern of repeated and unwanted attention, harassment, contact, or any other course of conduct directed at a specific person that would cause a reasonable person to feel fear. Department of Justice, Office of Victims of Crime.

Stalking can include:
- Repeated, unwanted, intrusive, and frightening communications from the perpetrator by phone, mail, and/or email

- Repeatedly leaving or sending the victim unwanted items, presents, or flowers
- Following or lying in wait for the victim at places such as home, school, work, or place of recreation
- Making direct or indirect threats to harm the victim, the victim's children, relatives, friends, or pets
- Damaging or threatening to damage the victim's property
- Harassing the victim through the Internet
- Posting information or spreading rumors about the victim on the Internet, in a public place, or by word of mouth.[2]

Other Federal cases of cyberstalking and harassment are *Martin v US GOV.* in Oklahoma. According to court records, Martin met an Oklahoma public school teacher (who did not live in Crescent) through a dating website.[3]

Clearly the law states that the Plaintiff's case against the defendants, Harvey Weinstein and Tony Robbins is valid according to the rule of the LAW IN THE UNITED STATES AND THE STATE OF GEORGIA. The defendants sent their names and their personal picture to show their identification along with threats to the Plaintiff and several political officials both in the state of Georgia government and the United States government.

---

[2] **Cyber Misbehavior - Department of Justice**, retrieved on May 22, 2019.

[3] Martin v US Gov, https://www.justice.gov/usao-wdok/pr/crescent-man-sentenced-33-months-prison-cyberstalking-public-school-teacher, retrieved on May 22, 2019.

Again, the Plaintiff will DROP Kyle Sapp, Jay Stewart, and the Tattnall County Commissioners off the current civil suit and also wish to have criminal charges placed against the defendants, Harvey Weinstein and Tony Robbins as per stated by law. To call the defendant Harvey Weinstein, "beleaguered" is an offensive term to those people he has actively sought to use any means necessary to bankrupt their "imaginary enemies". The plaintiff wishes restraining orders of both defendants as well as compensation of both to 10 million dollars each for specific attacks against the Plaintiff's finances as well as emotional damages from these defendants.

SO amended this 22nd day of May, 2019.

*Pamela D Swain*
Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com

US POSTAGE PAID
$7.35
Origin: 30427
05/23/19
1236190496-07

PRIORITY MAIL 2-Day®

0 Lb 3.30 Oz
1006

EXPECTED DELIVERY DAY: 05/25/19

B005

SHIP TO:
PO BOX 8286
SAVANNAH GA 31412-8286

USPS TRACKING NUMBER

9505 5122 5926 9143 1369 21

FROM: Pamela DSwain
1553 Community Rd
Glennville GA 30427

TO: United States D...
Southern District O...
Attn Christopher
PO Box 8286
Savannah, GA.

VISIT US AT USPS.COM®
UNITED S...