**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| PAMELA SWAIN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-3 |
| v. | |
| TONY ROBBINS; and HARVEY WEINSTEIN, | |
| Defendants. | |

# O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's June 4, 2019 Report and Recommendation, (doc. 7), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation that Judge Jay Stewart, Tatnall County Sheriff Kyle Sapp, and the Tattnall County Commissioners, as well as plaintiff's request for a criminal prosecution to be initiated on her behalf, be **DISMISSED** from the Complaint.

**SO ORDERED**, this 2nd day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA