1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

U.S. DISTRICT COURT
SAVANNAH DIV.

2019 SEP 16  PM 5: 21

CLERK_____MBD
SO. DIST. OF GA.

PAMELA SWAIN                    )
                               )
        Plaintiff,             )
                               )          CV619-003
v.                             )
                               )
HARVEY WEINSTEIN;              )
TONY ROBBINS                   )
                               )
        Defendants.            )

## AMENDED COMPLAINT

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint

to drop any request for criminal prosecution towards Harvey Weinstein and Tony

Robbins as per judge request that only federal prosecutors are able to bring criminal

charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence

to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal

devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017

(well within the statute of limitations) that the person who identified himself at Tony

Robbins issued threats that involved naming a US SENATOR Steve Cohen, and

GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians.

1. I went on a search for all things Gerard Butler and found he had a few 'super fans' headed up by Tony Robbins. They search out people that Gerard "may have met and dated" in the past. I reported this to Butler and the authorities in a quiet manner as to not make a big deal over something so silly at the time.

2. May 2014-September 2018 – I began to get THOUSANDS of RUSSIAN EMAILS. As well as GETTING HACKED BY RUSSIAN HACKERS. This person was posing to be Gerard Butler and sent many personal pics of him (I deleted) I would block this person and another Russian email message would appear.

3. 2014, on Facebook, fake naked pictures of me were posted with a family member tagged. I found out this family member and her mother were in contact with these people to pass out my naked pictures. (They were to spread the lie I had slept with Michael Fassbender)

4. At this time in between May 2014 – December 2016, I was sent many messages by Katy Perry, Alicia Vikander, Harvey Weinstein, and Tony Robbins. They 'thought' I and Michael Fassbender had "met" and I had become pregnant by him. (This is not true. I never left Georgia to meet with any celebrity. I received a death threat message December 2016 and a message bragging that Harvey was above the law. (I'm guessing Tony and Katy feel the same way)

5. December 2016 I get a specific death threat from them saying they can look me up online and kill me and my mother.

6. I file a report with Kyle Sapp, Tattnall county Sheriff, who refuses to investigate. I would file several more. 1. Incident with a man trying to mess with our windstream account who was NOT sent by Windstream. 2. He and a woman with drugs show up at our housing in Jan 2017 wanting me to take them to an obscure place by the Altamaha River. Kyle Sapp 'LOST' all these reports.

7. Harvey repeatedly tried to hack into my devices for whatever reason. April 2017, a Russian location tried to hack into my yahoo account. May2017 he

tried to hack into my phone yahoo account in France.

8. I began to have fake accounts message me on facebook, Twitter, and Instagram. Usually, they would be fake celebrity accounts such as: JamesMcAvoy, Michael Fassbender, Gerard Butler, Vin Diesel, Prince Harry, Chris Pratt, and others. (Lately, I had three Prince Andrew accounts)

9. September 2017, I received a disturbing message from a "Luke Green" (Like Dean Green) Where the person sends a pic of himself (Tony Robbins) then makes certain threats against Georgia representative, US representative, and a retired general. "He" also says I will be picked up by 'black suburbans" (ie kidnapped) Come to find out "Dean Green" and "Luke Green" were fake accounts Tony Robbins uses to stalk women online. *AMENDED CONTENT: THIS WAS WHERE THESE NAMED THREATS WERE SENT ABOUT GOVERNMENT OFFICIALS.*

10. I began to work at a new job, and I was mysteriously fired (I have reason to believe these people contacted my mother and demanded she provide my personal information, saying "We think your daughter may have emotional issues")

11. 2017 I filed a lawsuit to get a restraining order on Weinstein. I began to get anonymous promises of "book deals" if I drop the lawsuit.

12. I continue to get fake celebrity accounts wanting to "meet up". February 2018 "Bradley Cooper" began texting me. "He" wanted to "marry me" and

me send my "Checking account info" to help him with his business. (I have all texts)

13. May 2018, I get Instagram messages from an unknown account saying "You have no choice but to marry Harvey Weinstein" (Probably to keep from testifying)

14. After getting blackballed by the NY judge, I file a lawsuit in Georgia. (Harvey had sent a pic of his body part member)

15. A hit site for hackers called "kiwi farms" create a hate thread for Harvey and Tony about me. I received specific death threats saying they would come to kidnap me with black cube and rape and kill me.

16. I start a new job in September and I am mysteriously fired in November after working 2.5 months. I was an excellent employee.

17. November 2018, Judge Jay Stewart refuses allow me to show my evidence (influence from Donald Trump) I do NOT get my restraining order. He tells me in court "You have no idea what you are up against."

18. I appeal the verdict but the Clerk of Superior Court employees mysteriously 'lose' my appeal after I filed in December.

19. January 2019, The plaintiff files a civil rights lawsuit AGAINST Kyle Sapp (sheriff, refused to investigate and told me I could never get a restraining order) Jay Stewart (refused to give me a chance to show my evidence for a restraining order) Tattnall County commissioners (for allowing their

employees to 'lose' my appeal to keep me from getting a restraining order) and Harvey Weinstein, who has continued to message me in fake accounts either threatening to kidnap me, trick me into meeting with him, or trying to get into my checking account.

20. February 2018, fake account messages me saying Donald Trump Jr is in charge of my 'case'.

21. April 2018, fake account tries to set up a tutoring meeting with me from a person in NYC "before he goes to court."

22. Also, April 2018, Harvey messages me directly and asks for a chance to settle out of court but then asks for access to my checking account again.

Facebook, Twitter, and Instagram continues to allow Harvey Weinstein, Tony Robbins, access to their site usage to buy people's real fb accounts in people's friends list to stalk and harass people to this day. They said they would contact local officials and get THEIR PARTICIPATION. These people have serious issues and cannot control themselves. I have repeatedly told them to stop. Sunday, May 5, the plaintiff received a Youtube comment saying "Tony cared about me, that's why he did all this".Wyzant tutoring service sends me messages when the people contacting me are frauds.

The Plaintiff has NAMED evidence of both men with SPECIFIC INTENT to warrant a restraining order on both Harvey Weinstein and Tony Robbins with having actively use every cyber and social media means necessary to continue to harass the Plaintiff. The plaintiff will defer to the judge's discretion on the threats of involving state and government officials in this harassment suit as well as criminal charges that only federal prosecutors can bring against criminals as per federal law, 18 U.S.C. § 115 - U.S. Code since this concerns specific HOMELAND SECURITY issues.

Again, the continued harassment, stalking and cyberstalking are a complete violation of the Plaintiff's civil rights and warrant criminal prosecution.

(Cyberstalking

Stalking is a pattern of repeated and unwanted attention, harassment, contact, or any other course of conduct directed at a specific person that would cause a reasonable person to feel fear. Department of Justice, Office of Victims of Crime.

Stalking can include:

•Repeated, unwanted, intrusive, and frightening communications from the perpetrator by phone, mail, and/or email.

•Repeatedly leaving or sending the victim unwanted items, presents, or flowers.

•Following or lying in wait for the victim at places such as home, school, work, or place of recreation.

•Making direct or indirect threats to harm the victim, the victim's children, relatives, friends, or pets.

•Damaging or threatening to damage the victim's property.

•Harassing the victim through the Internet.

•Posting information or spreading rumors about the victim on the Internet, in a public place, or by word of mouth.) [1]

Clearly the law states that the Plaintiff's case against the defendants, Harvey Weinstein and Tony Robbins is valid according to the rule of the LAW IN THE UNITED STATES AND THE STATE OF GEORGIA. The defendants sent their names and their personal picture to show their identification along with threats to the Plaintiff and several political officials both in the state of Georgia government and the United States government.

UPDATE SINCE THE LAST AMENDED COMPLAINT

Since this last brief, several people have come to light with previous involvement: ALAN DERSHOWITZ has been an old reject from the Epstein case with a previous history of hacking and cyberbullying victims and journalists for his client, Jeffrey Epstein. The plaintiff has learned that Dershowitz has been Harvey Weinstein's de facto lawyer using his unscrupulous tactics of hacking and cyberbullying to Weinstein's

_____

[1]**Cyber Misbehavior - Department of Justice**, retrieved on May 22, 2019.

accusers and victims the same exact way he conducted himself as the pedophile
Epstein's lawyer. Maybe even engaging in pedophilia himself.

KIM KARDASHIAN WEST; KRIS JENNER have been exposed to have unduly
influence on a certain cyberbullying site kiwi farms and were instrumental in creating
the thread that 'doxed' the plaintiff by placing her personal information online to cause
physical harm to the plaintiff for Harvey Weinstein against his accusers and victims.
Kardashian West has blatantly used her influence to slander and pass lies against
Weinstein's accusers and victims as well as getting online on 4chan and Kiwi Farms to
conduct blatant mass shooting and rape announcement recruiting.

   Weinstein has also been continuing his severely offensive behavior against
individuals and the government.

   The plaintiff wishes a restraining order on all defendants and to add new
defendants, Alan Dershowitz, Kim Kardashian West and Kris Jenner was well as
compensation of both to 10 million dollars each totaling to 40 million each for specific
attacks against the Plaintiff's finances and physical well-being as well as emotional
damages from these defendants.

   **SO** amended this day of September 12, 2019.

                                      Pamela Swain, Plaintiff Pro se
                                      1553 Community Rd, Glennville, GA
                                      30427
                                      Pamela_swain@yahoo.com

USA
FOREVER

Cleared

U.S. Marshals Service

US Federal Court
Southern District of Georgia
Judge Christopher Ray
125 Ball Street
Savannah GA 31401

Pamela DSwain
1553 Community Rd
Glennville GA 30427