1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAMELA SWAIN              )
                          )
    Plaintiff,            )
                          )         CV619-003
v.                        )
                          )
HARVEY WEINSTEIN; THE     )
WEINSTEIN COMPANY. DR. PHIL )
MCGRAW                    )
                          )
    Defendants.           )

## AMENDED COMPLAINT; ARBITRATION

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017 (well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians.

1. I went on a search for all things Gerard Butler and found he had a few 'super fans' headed up by Tony Robbins. They search out people that Gerard "may have met and dated" in the past. I reported this to Butler and the authorities in a quiet manner as to not make a big deal over something so silly at the time.

2. May 2014-September 2018 – I began to get THOUSANDS of RUSSIAN EMAILS. As well as GETTING HACKED BY RUSSIAN HACKERS. This person was posing to be Gerard Butler and sent many personal pics of him (I deleted) I would block this person and another Russian email

message would appear.

3. 2014, on Facebook, fake naked pictures of me were posted with a family member tagged. I found out this family member and her mother were in contact with these people to pass out my naked pictures. (They were to spread the lie I had slept with Michael Fassbender)

4. At this time in between May 2014 – December 2016, I was sent many messages by Katy Perry, Alicia Vikander, Harvey Weinstein, and Tony Robbins. They 'thought' I and Michael Fassbender had "met" and I had become pregnant by him. (This is not true. I never left Georgia to meet with any celebrity. I received a death threat message December 2016 and a message bragging that Harvey was above the law. (I'm guessing Tony and Katy feel the same way)

5. December 2016 I get a specific death threat from them saying they can look me up online and kill me and my mother.

6. I file a report with Kyle Sapp, Tattnall county Sheriff, who refuses to investigate. I would file several more. 1. Incident with a man trying to mess with our windstream account who was NOT sent by Windstream. 2. He and a woman with drugs show up at our housing in Jan 2017 wanting me to take them to an obscure place by the Altamaha River. Kyle Sapp 'LOST' all these reports.

7. Harvey repeatedly tried to hack into my devices for whatever reason. April

2017, a Russian location tried to hack into my yahoo account. May2017 he tried to hack into my phone yahoo account in France.

8. I began to have fake accounts message me on facebook, Twitter, and Instagram. Usually, they would be fake celebrity accounts such as: JamesMcAvoy, Michael Fassbender, Gerard Butler, Vin Diesel, Prince Harry, Chris Pratt, and others. (Lately, I had three Prince Andrew accounts)

9. September 2017, I received a disturbing message from a "Luke Green" (Like Dean Green) Where the person sends a pic of himself (Tony Robbins) then makes certain threats against Georgia representative, US representative, and a retired general. "He" also says I will be picked up by 'black suburbans" (ie kidnapped) Come to find out "Dean Green" and "Luke Green" were fake accounts Tony Robbins uses to stalk women online. *AMENDED CONTENT: THIS WAS WHERE THESE NAMED THREATS WERE SENT ABOUT GOVERNMENT OFFICIALS.*

10. I began to work at a new job, and I was mysteriously fired (I have reason to believe these people contacted my mother and demanded she provide my personal information, saying "We think your daughter may have emotional issues")

11. 2017 I filed a lawsuit to get a restraining order on Weinstein. I began to get anonymous promises of "book deals" if I drop the lawsuit.

12. I continue to get fake celebrity accounts wanting to "meet up". February

2018 "Bradley Cooper" began texting me. "He" wanted to "marry me" and me send my "Checking account info" to help him with his business. (I have all texts)

13. May 2018, I get Instagram messages from an unknown account saying "You have no choice but to marry Harvey Weinstein" (Probably to keep from testifying)

14. After getting blackballed by the NY judge, I file a lawsuit in Georgia. (Harvey had sent a pic of his body part member)

15. A hit site for hackers called "kiwi farms" create a hate thread for Harvey and Tony about me. I received specific death threats saying they would come to kidnap me with black cube and rape and kill me.

16. I start a new job in September and I am mysteriously fired in November after working 2.5 months. I was an excellent employee.

17. November 2018, Judge Jay Stewart refuses allow me to show my evidence (influence from Donald Trump) I do NOT get my restraining order. He tells me in court "You have no idea what you are up against."

18. I appeal the verdict but the Clerk of Superior Court employees mysteriously 'lose' my appeal after I filed in December.

19. January 2019, The plaintiff files a civil rights lawsuit AGAINST Kyle Sapp (sheriff, refused to investigate and told me I could never get a restraining order) Jay Stewart (refused to give me a chance to show my evidence for a

restraining order) Tattnall County commissioners (for allowing their employees to 'lose' my appeal to keep me from getting a restraining order) and Harvey Weinstein, who has continued to message me in fake accounts either threatening to kidnap me, trick me into meeting with him, or trying to get into my checking account.

20. February 2019, fake account messages me saying Donald Trump Jr is in charge of my 'case'.

21. April 2019, fake account tries to set up a tutoring meeting with me from a person in NYC "before he goes to court."

22. Also, April 2019, Harvey messages me directly and asks for a chance to settle out of court but then asks for access to my checking account again.

Facebook, Twitter, and Instagram continues to allow Harvey Weinstein access to their site usage to buy people's real Facebook accounts in people's friends list to stalk and harass people to this day. They said they would contact local officials and get THEIR PARTICIPATION. These people have serious issues and cannot control themselves. I have repeatedly told them to stop. Sunday, May 5, the plaintiff received a Youtube comment saying "Tony cared about me, that's why he did all this". Wyzant tutoring service sends me messages when the people contacting me are frauds.

The Plaintiff has NAMED evidence of the defendant with SPECIFIC INTENT to warrant a restraining order on both Harvey Weinstein with having actively use every cyber and social media means necessary to continue to harass the Plaintiff. The plaintiff will defer to the judge's discretion on the threats of involving state and government officials in this harassment suit as well as criminal charges that only federal prosecutors can bring against criminals as per federal law, 18 U.S.C. § 115 - U.S. Code since this concerns specific HOMELAND SECURITY issues.

Again, the continued harassment, stalking and cyberstalking are a complete violation of the Plaintiff's civil rights and warrant criminal prosecution.

(Cyberstalking

Stalking is a pattern of repeated and unwanted attention, harassment, contact, or any other course of conduct directed at a specific person that would cause a reasonable person to feel fear. Department of Justice, Office of Victims of Crime.

Stalking can include:

• Repeated, unwanted, intrusive, and frightening communications from the perpetrator by phone, mail, and/or email.

• Repeatedly leaving or sending the victim unwanted items, presents, or flowers.

• Following or lying in wait for the victim at places such as home, school, work, or place of recreation.

• Making direct or indirect threats to harm the victim, the victim's children, relatives, friends, or pets.

- Damaging or threatening to damage the victim's property.
- Harassing the victim through the Internet.
- Posting information or spreading rumors about the victim on the Internet, in a public place, or by word of mouth.) [1]

Clearly the law states that the Plaintiff's case against the defendants, Harvey Weinstein is valid according to the rule of the LAW IN THE UNITED STATES AND THE STATE OF GEORGIA. The defendants sent their names and their personal picture to show their identification along with threats to the Plaintiff and several political officials both in the state of Georgia government and the United States government.

## UPDATE SINCE THE LAST AMENDED COMPLAINT

Since this last brief, several people have come to light with previous involvement:

Since the June 4th filing, the plaintiff has received continued harassment from these defendants. They frequently access the plaintiff's data and interfere with the Plaintiff's acquisition of a job/employment. They have provided proof of contact with the Plaintiff's family to seek out private information to interfere with the Plaintiff's ability to make a living for herself. June 2019, July 2019, August 2019, and September 2019 occurred that follows Weinstein's documented behavior to harass females who do not give into sexual demands.

---

[1] **Cyber Misbehavior - Department of Justice**, retrieved on May 22, 2019.

Since this last amended complaint December 22-30, 2019, new discovery is asked about new individuals and corporations that have in the past aided and abetted Harvey Weinstein in his past harassment.

WINDSTREAM is an internet provider that has allowed Weinstein and his enablers to enter into all devices at the 1553 Community RD, Glennville, GA, 30427.

GM FINANCIAL and Nesmith Family located in Hagan, GA, allowed Weinstein the ability to monitor the plaintiff's activities as well as rummaging through the plaintiff's car while she worked in home with the son. Currently, GM Financial as of late, has purportedly created a new fake "bill" even after the vehicle in question was returned to them after 2 years of no notification of this "bill". It appears to be another attempt at Weinstein and his lawyers to ruin the plaintiff's credit.

Since the last complaint, the defendant has yet again contacted the plaintiff and broke into the plaintiff's devices and bank accounts with the intention to do harm after being rejected again from an unwanted sexual encounter. The defendant Weinstein has engaged in full swing corrupt stalking and harassment bragging about being involved with the "CIA" and a possible kidnapping as well as injuring the Plaintiff's current unborn child. (Something of which he has threatened before to the plaintiff in the past)

The new terms are as follows: Since Tony Robbins, Kim Kardashian West, Alan Dershowitz, and Gerard Butler appear to not be involved in the current stalking and harassment effort, the plaintiff wishes to remove them from the civil rights lawsuit.

Since the discovery of corporations, the defendant, and his low rent lawyers,

Lewis Brisbois and their stalking and harassment activities, the plaintiff asks the court to make examples of these criminals in the monetary way of restitution for civil rights violations, repeated sexual harassment, attempts at physical harms, threats against an unborn child, and online hacking for means of continued unwanted "wooing" from a clearly mentally deficient criminal that will be tried for criminal rape and violence in New York City Court, Manhattan and even possibly Los Angeles County, Los Angeles, CA.

Also, a bullying website called Kiwi Farms has created a bullying site that maligns the plaintiff and also the defendant continues to beg for sexual relations with the plaintiff that she has refused over and over again. Either the "thread" gets removed or KiwiFarms/Cloudfare pays the plaintiff $1,000,000 for slander and damage.

Tony Robbins should LEAVE THE PLAINTIFF ALONE and stop inserting himself in between the plaintiff's private life and whoever she is in a dating relationship or where she is working. He is being sued for emotional damages of $7,000,000 dollars.

Dr. Phil McGraw should LEAVE THE PLAINTIFF ALONE and has been contacting my family saying that the Plaintiff "crazy". The Plaintiff signed a contract to work as a social media contributor in August 2014, and has since been helping the defendant harm the plaintiff and accusers. He is being added to the lawsuit for $7,000,000 dollars.

GM Financial should remove the fake bill from credit.

Harvey Weinstein and the former Weinstein Company will be held accountable for

$7,000,000 due to 6 years of keeping the plaintiff from working and bragging about getting the plaintiff fired for not engaging in sexual quid pro quo actions. (He clearly used company resources for this criminal behavior since 2014.)

Windstream should be held accountable for $2,000,000 to the plaintiff for breach of privacy.

Alan Dershowitz will be held accountable for damages of $1,000,000 dollars.

Lewis Brisbois, LLC, should be held accountable for continued aid and abetting Harvey Weinstein for $500,000.

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal information online.  This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair

guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a criminal offense under American anti-stalking, slander, and harassment laws.
> A conviction can result in a restraining order, probation, or criminal penalties against the assailant, including jail.[citation needed] Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the Violence Against Women Act, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at 47U.S.C. § 223. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy.

SO amended this day of February, 21, 2020.

*Pamela D Swain*

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com

EF-RG JANUARY 2001 USPS ALL RIGHTS RESERVED



**PRIORITY MAIL 2-DAY®**

$7.85

Origin: 30427
03/05/20
1236190496-06

0 Lb 3.40 Oz

1006

EXPECTED DELIVERY DAY: 03/07/20

C003

SHIP
TO:
125 BULL ST
SAVANNAH GA 31401-3749

USPS TRACKING® NUMBER

9505 5122 5927 0065 1352 51



3. ATTACH LABEL (If provided)
Remove label backing and adhere
over customer address block area
(white area).



Recycled
Paper

Pamela O'Swain
1553 Community Rd
Glennville GA 30427

United States District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31401

www.usps.c