UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| PAMELA SWAIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV619-003 |
| v. ) | |
| ) | |
| HARVEY WEINSTEIN; THE ) | |
| WEINSTEIN COMPANY. DR. PHIL ) | |
| MCGRAW; ANTHONY ROBBINS ) | |
| ) | |
| Defendants. ) | |

## AMENDED COMPLAINT; ARBITRATION

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017 (well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. "I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians." (Previous timeline removed for brevity).

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal

information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a criminal offense under American anti-stalking, slander, and harassment laws.
> A conviction can result in a restraining order, probation, or criminal penalties against the assailant, including jail.[citation needed] Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the Violence Against Women Act, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at 47 U.S.C. § 223. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy.

CONTINUED HARASSMENT and BREAKING OF MEDICAL PRIVACY LAWS

The three defendants, Harvey Weinstein, Anthony Robbins, and Phil McGraw has been implicated in contacting a medical doctor with Meadows Center for Women's Health in Vidalia, GA, to retrieve medical information without the plaintiff's consent according to their own admission on Kiwi Farms website, same website that continues to have a cyberbullying thread on the plaintiff. The illegal medical violation occurred January 3, 2020. There is reason to suspect that they have a continued dialogue with all

the plaintiffs doctors to pry illegal information about the plaintiff.

The plaintiff wishes that these men be reprimanded and forced to pay damages according to the legal statutes HIPAA, Violence Against Women, and Cyberbullying laws created in The United States of America. Anthony Robbins is to be added to the civil suit and required to pay damages of 10 million dollars. The plaintiff also wishes to inform the court that former presidential candidate, Hillary Clinton, has shown involvement in this case and has exhibited extreme mental psychosis against any persons who support President Trump including this plaintiff.

SO amended this day of March, 31, 2020.   *Pamela Dianne Swain*

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com

US POSTAGE PAID
$7.75
Origin: 30417
04/01/20
1217380466-07

PRIORITY MAIL 2-DAY®

0 Lb 2.00 Oz
1006

DELIVERY DAY: 04/03/20
C003

BILL ST
SAVANNAH GA 31401-3749

USPS TRACKING® NUMBER

5505 5105 8312 0092 1743 13

0000100014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

FLAT RATE
POSTAGE REQUIRED



USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

FROM: Pamela D Swain
1553 Community Rd
Glennville GA 30427

TO: US Federal Court, Southern District
125 Bull St
Savannah, GA 31401

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.