UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PAMELA SWAIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV619-003 |
| v. | ) | |
| | ) | |
| HARVEY WEINSTEIN; THE | ) | |
| WEINSTEIN COMPANY; DONALD | ) | |
| TRUMP JR; ANTHONY ROBBINS; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT; JURY TRIAL REQUESTED

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017 (well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. "I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians." (Previous timeline removed for brevity).

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal

information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a <u>criminal offense</u> under American anti-stalking, <u>slander</u>, and <u>harassment</u> laws.
> A conviction can result in a <u>restraining order</u>, <u>probation</u>, or criminal penalties against the assailant, including jail.<sup>[citation needed]</sup> Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the <u>Violence Against Women Act</u>, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at <u>47U.S.C. § 223</u>. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy.

CONTINUED HARASSMENT and BREAKING OF MEDICAL PRIVACY LAWS

The three defendants, Harvey Weinstein, Anthony Robbins, and Phil McGraw has been implicated in contacting a medical doctor with Meadows Center for Women's Health in Vidalia, GA, to retrieve medical information without the plaintiff's consent according to their own admission on Kiwi Farms website, same website that continues to have a cyberbullying thread on the plaintiff. The illegal medical violation occurred January 3, 2020. There is reason to suspect that they have a continued dialogue with all

the plaintiffs doctors to pry illegal information about the plaintiff.

The plaintiff wishes that these men be reprimanded and forced to pay damages according to the legal statutes HIPAA, Violence Against Women, and Cyberbullying laws created in The United States of America. Anthony Robbins is to be added to the civil suit and required to pay damages of 10 million dollars. The plaintiff also wishes to inform the court that former presidential candidate, Hillary Clinton, has shown involvement in this case and has exhibited extreme mental psychosis against any persons who support President Trump including this plaintiff.

## UPDATE TO THE SEXUAL HARASSMENT AND MENACING

Donald Trump Jr has come out on the kiwi farms harassment thread as enabling Harvey Weinstein and Tony Robbins in their continued sexual harassment. He will be added as a defendant to the suit.

The kiwi farms harassment thread has NOT been deleted. And a text message received from Tony Robbins stated that he and these men targeted the plaintiff, May 2020. Juda Englemeyer is contacting social media to inhibit the plaintiff and her literary works from being promoted. The plaintiff will seek damages of 10 million from Englemeyer. Harvey Weinstein still has access to the internet and resources to stalk and hack victims even from behind bars.

The Plaintiff requests change of venue to The Northern District of Georgia to ensure fair legal actions are taken against these men as the plaintiff has no confidence in the legal judgments of The Southern District of Georgia. These men have resorted to

posting pictures of their genitals to incur a sexual encounter and the plaintiff has repeatedly refused.

Harvey Weinstein, a defendant, has posted on the kiwifarms hate thread that he interfered with the sale of the plaintiff's mother's house and has threatened to send fraud buyers to disrupt the sale. The Federal US Government is actively breaking civil law allowing the defendants to harass the plaintiff. He currently continues to send messages to force the plaintiff to send him nudes.

There is one defendant who continues to use their money and resources to harass the plaintiff: Tony Robbins.

He posts on the Kiwifarms thread trying to push lies and slander against the plaintiff continues to attempt to access social media, emails, and devices. One instance occurred recently as Tuesday, June 23, 2020.

The Plaintiff is demanding the defendant Tony Robbins be prosecuted for crimes committed and the court award the plaintiff monetary recompense for continued mental and emotional stalking, cyberhacking, and harassment.

**SO** amended this day of May 25, 2020.

6

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com



**PRIORITY MAIL 2-DAY®**
US POSTAGE PAID $7.75
Origin: 30427
06/26/20
1236190496-13

EXPECTED DELIVERY DAY: 06/29/20

SHIP TO:
125 BULL ST
SAVANNAH GA 31401-3749

USPS TRACKING® NUMBER
9505 5122 5926 0178 1969 80

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

FROM:
Pamela Swain
1553 Community Rd
Glennville, GA 30427

TO:
US Federal Court
Southern District of Georgia
Attn Judge Ray
125 Bull Street
Savannah, GA 31401

For Domestic shipments, the maximum weight is 70 lbs. For international shipments the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

USPS PRIORITY MAIL

US POSTAGE PAID $7.75
Origin: 30427
06/26/20
1236190496-13

PRIORITY MAIL 2-DAY®

0 Lb 1.90 Oz

1006

EXPECTED DELIVERY DAY: 06/29/20

C003

SHIP TO:
125 BULL ST
SAVANNAH GA 31401-3749

USPS TRACKING® NUMBER

9505 5122 5926 0178 1969 80

EP14F Oct 2018

FROM:
Pamela Swain
1533 Community Rd
Glennville, GA 30

TO:
US Federal Court
Southern District
MHn Judge Ray
125 Bull Street
Savannah, GA