**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

PAMELA SWAIN; BRENDA SWAIN;  )
                                       )

      Plaintiffs,                   )

                                       )         CV619-003

v.                                       )

                                       )

HARVEY WEINSTEIN; THE        )
WEINSTEIN COMPANY; DONALD  )
TRUMP JR; ANTHONY ROBBINS;  )
JAIREK ROBBINS;                )
ALICIA VIKANDER; KATY PERRY;  )
MICHAEL FASSBENDER; COREY TAYLOR)
KANYE WEST; KIM KARDASHIAN  )
WEST; EVANS COUNTY SCHOOL   )
DISTRICT;APPLING COUNTY SCHOOL)
DISTRICT;GLYNN COUNTY SCHOOL )
DISTRICT;KELLY SERVICES;      )
CHILDTRENDS; JC VISION AND    )
ASSOCIATES                  )
                                       )

      Defendants,

## AMENDED COMPLAINT; JURY TRIAL REQUESTED

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint

to drop any request for criminal prosecution towards Harvey Weinstein and Tony

Robbins as per judge request that only federal prosecutors are able to bring criminal

charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence

to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal

devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017

(well within the statute of limitations) that the person who identified himself at Tony

Robbins issued threats that involved naming a US SENATOR Steve Cohen, and

GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events

that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard

Butler's picture) on Facebook reached out to chat with me on the social media site. "I did

not have any real friendship or real relationship with Mr. Butler at the time. We chatted a

few weeks, then the person stopped chatting. I thought it was over and done until

February 2014 when all email addresses were hacked into by Ukrainians." (Previous

timeline removed for brevity).

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made

a statement that they had "taken pictures of her" while she was at work supervising

minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy.

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a criminal offense under American anti-stalking, slander, and harassment laws.
> A conviction can result in a restraining order, probation, or criminal penalties against the assailant, including jail.[citation needed] Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the Violence Against Women Act, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at
> 47U.S.C. § 223. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy.

CONTINUED HARASSMENT and BREAKING OF MEDICAL PRIVACY LAWS

The three defendants, Harvey Weinstein, Anthony Robbins, and Phil McGraw has been implicated in contacting a medical doctor with Meadows Center for Women's

Health in Vidalia, GA, to retrieve medical information without the plaintiff's consent

according to their own admission on Kiwi Farms website, same website that continues to

have a cyberbullying thread on the plaintiff. The illegal medical violation occurred

January 3, 2020. There is reason to suspect that they have a continued dialogue with all

the plaintiffs doctors to pry illegal information about the plaintiff.

The plaintiff wishes that these men be reprimanded and forced to pay damages

according to the legal statutes HIPAA, Violence Against Women, and Cyberbullying

laws created in The United States of America. Anthony Robbins is to be added to the

civil suit and required to pay damages of 10 million dollars. The plaintiff also wishes to

inform the court that former presidential candidate, Hillary Clinton, has shown

involvement in this case and has exhibited extreme mental psychosis against any persons

who support President Trump including this plaintiff.

## UPDATE TO THE SEXUAL HARASSMENT AND MENACING

Donald Trump Jr has come out on the kiwi farms harassment thread as enabling

Harvey Weinstein and Tony Robbins in their continued sexual harassment. He will be

added as a defendant to the suit.

The kiwi farms harassment thread has NOT been deleted. And a text message

received from Tony Robbins stated that he and these men targeted the plaintiff, May

2020. Juda Englemeyer is contacting social media to inhibit the plaintiff and her literary

works from being promoted. The plaintiff will seek damages of 10 million from

Englemeyer. Harvey Weinstein still has access to the internet and resources to stalk and

hack victims even from behind bars.

The Plaintiff requests change of venue to The Northern District of Georgia to ensure fair legal actions are taken against these men as the plaintiff has no confidence in the legal judgments of The Southern District of Georgia. These men have resorted to posting pictures of their genitals to incur a sexual encounter and the plaintiff has repeatedly refused.

Harvey Weinstein, a defendant, has posted on the kiwifarms hate thread that he interfered with the sale of the plaintiff's mother's house and has threatened to send fraud buyers to disrupt the sale. The Federal US Government is actively breaking civil law allowing the defendants to harass the plaintiff. He currently continues to send messages to force the plaintiff to send him nudes.

There is one defendant who continues to use their money and resources to harass the plaintiff: Tony Robbins. Another defendants are being added to this suit, Kanye West and Kim Kardashian West.

He posts on the Kiwifarms thread trying to push lies and slander against the plaintiff continues to attempt to access social media, emails, and devices. One instance occurred recently as Tuesday, June 23, 2020. Another a few days later location Wyoming.

The Plaintiff is demanding the defendant Tony Robbins; Kanye West, Kim Kardashian West, Harvey Weinstein et al be prosecuted for crimes committed and the court award the plaintiff monetary recompense for continued mental and emotional

stalking, cyberhacking, and harassment. The plaintiff also wishes to add Sam Vaknin and Richard Grannon being international people who've Harvey Weinstein has hired in his network to harass and destroy the plaintiff.

<u>Recent Hacking and Data Breach</u>

Hillary Clinton, Alicia Vikander, Kim Kardashian, Kanye West, and Michael Fassbender openly engaged in hacking through Straight Talk, July 3, 2020 and manipulated the internet connection and the device's battery. These people clearly show a long term obsession with locating and menacing people through Hillary Clinton's political means. The plaintiff adds these criminals to the civil lawsuit. Each defendant is required to pay 10 million dollars each for active criminal hacking and stalking. COREY TAYLOR IS TO BE ADDED TO THE DEFENDANT LIST FOR PERSISTENTLY DEMANDING THE PLAINTIFF COMMIT SUICIDE.

The Plaintiff also wishes to add Brenda Driggers Swain as a fellow Plaintiff. The criminal menacing of these people had affected her life and emotional state negatively forcing medical and mental strain and stress even during a time period when the plaintiff was battling cancer.

**SO** amended this day of July 5, 2020.

7

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA
30427
Pamela_swain@yahoo.com

PRESS FIRMLY TO SEAL.

**UNITED STATES POSTAL SERVICE.** | Retail

US POSTAGE PAID

**$7.75**

Origin: 30417
07/13/20
1217380466-08

PRIORITY MAIL 2-DAY ®

0 Lb 2.60 Oz

1006

EXPECTED DELIVERY DAY: 07/16/20

C003

SHIP
TO:
125 BULL ST
SAVANNAH GA 31401-3749

USPS TRACKING® NUMBER



9505 5105 8311 0195 0970 77

UD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM:
Tameka Swain
1553 Community Rd
Glennville GA 30427

TO:

US District Federal Court
Southern District of Georgia
Hn Judge Chris Ray
125 Bull St
Savannah, GA 31401

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.

Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.