# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PAMELA SWAIN, | ) |
| Plaintiff, | ) |
| v. | ) CV619-003 |
| HARVEY WEINSTEIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's amended complaint of July 5, 2020, in which she seeks to add as defendants Hillary Clinton, Alicia Vikander, Kim Kardashian [West], Kanye West, Michael Fassbender, Corey Taylor, and Brenda Driggers Swain. *See* doc. 18. Due to its timing, this amendment shall not be construed as plaintiff's response to the Court's Order of July 20, 2020. Doc. 17. Plaintiff is **DIRECTED** to submit a final amended complaint in compliance with the Court's Order by August 3, 2020.

**SO ORDERED**, this 21st day of July, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA