1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| PAMELA SWAIN; BRENDA SWAIN; ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARVEY WEINSTEIN; THE ) <br> WEINSTEIN COMPANY; DONALD ) <br> TRUMP JR; ANTHONY ROBBINS; ) <br> ALAN DERSHOWITZ ) <br> MICHAEL FASSBENDER; ) <br> KRIS JENNER;  KIM KARDASHIAN  ) <br> WEST; EVANS COUNTY SCHOOL        ) <br> DISTRICT;APPLING COUNTY SCHOOL) <br> DISTRICT;GLYNN COUNTY SCHOOL  ) <br> DISTRICT;KELLY SERVICES;              ) <br> CHILDTRENDS; JC VISION AND        ) <br> ASSOCIATES; KIWI FARMS WEBSITE ) <br> ) <br> Defendants, | CV619-003 <br><br> U. S. DISTRICT COURT <br> Southern District of Ga. <br> Filed In Office <br><br> July 28, 2020 <br> Deputy Clerk |

### AMENDED COMPLAINT; JURY TRIAL REQUESTED

Pamela Swain, *pro se* and *in forma pauperis*, is amending the original complaint to drop any request for criminal prosecution towards Harvey Weinstein and Tony Robbins as per judge request that only federal prosecutors are able to bring criminal charges on cyber and internet criminals. The Plaintiff DOES HAVE SPECIFIC evidence to prove that, in fact, Harvey Weinstein and Tony Robbins, actively used these illegal devices to stalk, harass, and cyberbully her for 5 years.

The Plaintiff Swain, pro se, wishes to remind the court that in the September 2017

(well within the statute of limitations) that the person who identified himself at Tony Robbins issued threats that involved naming a US SENATOR Steve Cohen, and GEORGIA STATE REPRESENTATIVE Allan Peake, and others.

The Plaintiff wishes to continue the complaint with the following outline of events that occurred since November 2013 again for this purpose:

## HARASSMENT TIMELINE

This all began November 2013. A man by the name of Dean Green (with Gerard Butler's picture) on Facebook reached out to chat with me on the social media site. "I did not have any real friendship or real relationship with Mr. Butler at the time. We chatted a few weeks, then the person stopped chatting. I thought it was over and done until February 2014 when all email addresses were hacked into by Ukrainians." (Previous timeline removed for brevity).

## NEW OCCURANCES OF HARASSMENT

The Plaintiff works at a public school and harassers from Harvey Weinstein made a statement that they had "taken pictures of her" while she was at work supervising minors. This is an illegal and criminal violation of minors and the Plaintiff's privacy. (The plaintiff does not work for this employer after inappropriate behavior from the schools and Administration)

And no POLITICAL person holding office shall not sway the judge or jury for or against a Plaintiff or Defendant unless they wish to be WITNESSES in the case. The thread created on Kiwi Farms concerning the Plaintiff exhibits the existence of long-term stalking and the website refuses to remove a thread where the Plaintiff's personal information online. This site has been sent notification to remove said "thread" but refuses to comply to Federal law. The "posters" against the plaintiff frequently post on the Plaintiff's life boasting of taking no consensual personal pictures and armchair guessing the Plaintiff's mental health. This violates this Federal Statute,

> United States
>
> History, current legislation
> Cyberstalking is a criminal offense under American anti-stalking, slander, and harassment laws.
> A conviction can result in a restraining order, probation, or criminal penalties against the assailant, including jail.[citation needed] Cyberstalking specifically has been addressed in recent U.S. federal law. For example, the Violence Against Women Act, passed in 2000, made cyberstalking a part of the federal interstate stalking statute.[31] The current US Federal Anti-Cyber-Stalking law is found at 47U.S.C. § 223. (Retrieved on 01/19/2020 from Wikipedia.com)

If it pleases the court to continue holding the defendant, Weinstein and the others listed monetarily accountable from this day forward. The defendants repeatedly violate laws of cyberbullying, harassment, defamation, and privacy.

CONTINUED HARASSMENT and BREAKING OF MEDICAL PRIVACY LAWS

The three defendants, Harvey Weinstein, Anthony Robbins, and Phil McGraw has been implicated in contacting a medical doctor with Meadows Center for Women's

Health in Vidalia, GA, to retrieve medical information without the plaintiff's consent according to their own admission on Kiwi Farms website, same website that continues to have a cyberbullying thread on the plaintiff. The illegal medical violation occurred January 3, 2020. There is reason to suspect that they have a continued dialogue with all the plaintiffs doctors to pry illegal information about the plaintiff.

The plaintiff wishes that these men be reprimanded and forced to pay damages according to the legal statutes HIPAA, Violence Against Women, and Cyberbullying laws created in The United States of America. Anthony Robbins is to be added to the civil suit and required to pay damages of 10 million dollars. The plaintiff also wishes to inform the court that former presidential candidate, Hillary Clinton, has shown involvement in this case and has exhibited extreme mental psychosis against any persons who support President Trump including this plaintiff.

## Updated Harassment Claim

Please allow the plaintiff to inform the court of the civil rights of Americans since it seems to be so ignored in the current court format.

DEFENDANTS HARVEY WEINSTEIN; THE WEINSTEIN COMPANY DONALD TRUMP JR, ANTHONY ROBBINS; ALAN DERSHOWITZ; MICHAEL FASSBENDER; ALICIA VIKANDER have been sexually harassing the plaintiff browbeating her for sexual favors. Emails, pictures, and admissions have been documented. ALAN DERSHOWITZ is being added to the suit because the defendant

Dershowitz has no compunction to brag that he has authority over the plaintiff and the judge and the Southern District of Georgia and is allowed to "get away with anything because he is a different ethnicity." Maybe the defendant does seem to wield some unholy power over this court. These neurotic defendants are being enabled by this court to continue harassment through a "hate thread" on Kiwi Farms, now run by KRIS JENNER who is being added as a defendant as well as Kiwi Farms.

The following defendants, EVANS COUNTY SCHOOL DISTRICT; APPLING COUNTY SCHOOL DISTRICT; GLYNN COUNTY SCHOOL DISTRICT; KELLY SERVICES; CHILDTRENDS; JC VISION AND ASSOCIATES are listed due to the fact these people were contacted by previous defendants and slandered the plaintiff from either retaining the employment, or demanded they be allowed to "watch" the defendant, or demanded the defendant be fired for reasons of slander and harassment from Harvey Weinstein, Anthony Robbins, Kim Kardashian, Kris Jenner, Donald Trump JR. THESE PEOPLE would post their actions on KIWI FARMS thread. THIS AMENDED COMPLAINT explains in detail what the defendants have done. KANYE WEST and JAIREK ROBBINS are being removed from the suit.

BRENDA SWAIN is being added as a plaintiff since the defendants exposed her private information on this ONLINE THREAD that these people refuse to remove. The plaintiff, Brenda Swain, was targeted by these people and they bragged "We'll send fake buyers to her home and steal your panties".

These defendants are under suit for actively violating the Electronic

6

Communications Privacy Act of 1985 that protects usage electronic means of disseminating personal information from unauthorized interception, access, use, and disclosure. This also violates Elder Justice Act of 2010, where these people are exploiting and abusing the older plaintiff's vulnerability and finances out of sheer disgusting hubris. All this, of course, is fully encompassed by the Civil Rights Act of 1964 Title VII, since the involvement of the plaintiff's employers to allow these people to lash out and make unlawful unwarranted accusations against the plaintiff. Also, under 18 U.S.C 875 © it is a federal crime, punishable by up to 5 years in prison and a fine up to $250,000 to transmit any communication in interstate or foreign commerce containing a threat to injure the person of another and the plaintiffs have the FIRST DEATH THREAT available sent December 24, 2016, by Harvey Weinstein. And as also followed through by the rest of the defendants. It also includes threats transmitted in interstate or foreign commerce via the telephone, email, beepers, OR THE INTERNET. Under 47 U.S.C. 223., it is a federal crime up to two years in prison to use a telephone or any telecommunication device to annoy, abuse, harass or threaten any person at the called number and the plaintiff has a recent text where these people specifically say the plaintiff was targeted. These defendants also violated 18 U.S.C. 2425 by obtaining fake nudes of the plaintiff and sending them to the plaintiff's cousin who was under age at the time. The cousin spoke that "the person who sent them said she was Michael Fassbender's wife." The cousin being contacted has made concern due to the defendant Alan Dershowitz insistence to continue to violate all the plaintiffs and an under age

minor of which he stands accused of trafficking and sexually molesting underage girls through his former client, Jeffrey Epstein.

IF need be, the plaintiff is willing to request a new judge to preside over this suit. The plaintiffs are prepared to present their case in federal court. A sum of 25 million is requested for emotional and financial damages as well as unlawful repeated criminal behavior from these defendants.

SO amended this day of July 23, 2020.

*Pamela D Swain*

Pamela Swain, Plaintiff Pro se
1553 Community Rd, Glennville, GA 30427
Pamela_swain@yahoo.com